IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ANTHONY EUGENE KRUGER,<br><br>　　　　Defendant. | Case No. 3:23-cr-79<br><br>**UNITED STATES'<br>SENTENCING MEMORANDUM** |

The United States of America, by Mac Schneider, United States Attorney for the District of North Dakota, and Jacob T. Rodenbiker, Assistant United States Attorney, has no objections or corrections to the Presentence Investigation Report in this case.

Dated:  January 21, 2025

　　　　　　　　　　　　　　　　　MAC SCHNEIDER
　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　By:　/s/ *Jacob T. Rodenbiker*
　　　　　　　　　　　　　JACOB T. RODENBIKER
　　　　　　　　　　　　　Assistant United States Attorney
　　　　　　　　　　　　　ND Bar ID 06497
　　　　　　　　　　　　　655 First Avenue North, Suite 250
　　　　　　　　　　　　　Fargo, ND 58102-4932
　　　　　　　　　　　　　(701) 297-7400
　　　　　　　　　　　　　jake.rodenbiker@usdoj.gov
　　　　　　　　　　　　　Attorney for United States